In the Matter of DAVID F. DALY, Appellant, against ARCHIE D. GIBBS et al., Constituting the Board of Elections of Chenango County, et al., Respondents.

ALAN DOUGLAS et al., Respondents.

Argued October 25, 1946; decided October 25, 1946.

*Willis D. Morgan* for appellant.

*Nellie Gordon* for Alan Douglas and others, respondents.

Order affirmed, without costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER, DYE and FULD, JJ.